UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SHERMAN,

               Plaintiff,

-against-

THALIA GRAVES and
GLORIA ALLRED,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2025_

24 Civ. 8494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 2, 2025, the Court granted Defendants' motion to dismiss the complaint in this matter. ECF No. 43. On June 16, 2025, Plaintiff moved for reconsideration of the Court's order. ECF No. 44. Plaintiff's motion for reconsideration is pending before the Court. Accordingly, the case management conference scheduled for July 28, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 21, 2025
       New York, New York

ANALISA TORRES
United States District Judge