USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SHERMAN,

Plaintiff,

-against-

THALIA GRAVES and GLORIA ALLRED,

Defendants.

24 Civ. 8494 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

On January 23, 2026, the Court referred to the Honorable Valerie Figueredo, Defendants' motion for attorneys' fees, pursuant to the Court's earlier grant of sanctions against Plaintiff's counsel, Darnell Crosland. *See* ECF Nos. 49, 54. On September 21, 2026, Judge Figueredo issued a decision (the "Fees Decision"), which she styled as an opinion and order. Although it is "unclear . . . whether [m]agistrate [j]udges have the authority to impose Rule 11 sanctions" in the Second Circuit, *see Joint Stock Company Channel One Russia Worldwide v. Infomir LLC*, 16 Civ. 1318, 2017 WL 3671036, at *17 (S.D.N.Y. July 18, 2017), the Court treats motions for sanctions as dispositive. *See, e.g., Pickett v. Migos Touring, Inc.*, 18 Civ. 9775, 2020 WL 2904864 (S.D.N.Y. June 3, 2020); *Lan v. Time Warner, Inc.*, 11 Civ. 2870, 2016 WL 928731 (S.D.N.Y. Feb. 9, 2016). Accordingly, the Court will treat the Fees Decision as a report and recommendation. *See* Order at 12, ECF No. 43.

On October 5, 2026, Crosland filed objections to the Fees Decision, which recommended an award against him of $62,959.50 in attorneys' fees. *See* Objs., ECF No. 62; *see also* R. & R. Although Crosland states that he cannot pay the $62,959.50, *see* Crosland Declaration, ECF No. 63 ¶¶ 7–8, he has provided no evidence in support of this claim.

By **December 1, 2026**, Crosland shall file under seal documentation to support his claim of his inability to pay sanctions. This documentation shall include: his 2024 and 2025 law firm tax returns if he files them separately from his personal returns; unredacted bank statements showing all operating, business and payroll accounts for at least the last twelve months; financial statements showing his firm's outstanding debts, current liabilities, and current assets; financial statements showing his annual revenues and expenses for the last two years; personal banking statements with the current amount of money in his savings, checking, brokerage, and retirement accounts; and his 2024 and 2025 personal federal tax returns.

SO ORDERED.

Dated: November 2, 2026
New York, New York

ANALISA TORRES
United States District Judge